ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

JUL 1 9 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| DUNCAN J. MCNEIL | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-05-CV-1284-B |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.   Plaintiff is ordered to pay the $250 filing fee within 30 days.  If he fails to do so, this case will be dismissed without further notice.

SO ORDERED this _19__ day of _____, 2005.

UNITED STATES DISTRICT JUDGE

# CLOSED

**CASE NUMBER: 3:03-CV-1826-B**

**DATE:   JULY 18,  2005**

**TRIAL:    YES_____   NO____X____**