**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 27 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| DUNCAN J. MCNEIL § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | NO. 3-05-CV-1284-B |
| § | |
| UNITED STATES OF AMERICA, § | |
| ET AL. § | |
| § | |
| Respondents. § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge, filed on September 2, 2005, are correct and they are hereby accepted as the Findings of the Court. Petitioner's *ex parte* motion to modify, alter or amend the Findings of the Magistrate Judge and the August 22, 2005 Order of dismissal is DENIED.

SO ORDERED this 27th day of Sept, 2005.

_____
UNITED STATES DISTRICT JUDGE